UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:25-cv-00167

**Paul La'Mark Little,**
*Petitioner,*

v.

**Director, TDCJ-CID,**
*Respondent.*

# ORDER

 Petitioner Paul La'Mark Little, proceeding pro se, filed a petition for writ of habeas corpus under 28 U.S.C. § 2254. Doc. 1. The case was referred to a magistrate judge. The magistrate judge issued a report recommending that the petition be dismissed for lack of jurisdiction over petitioner's successive habeas petitions and that a certificate of appealability be denied. Doc. 2 at 5. The magistrate judge also recommended that petitioner be cautioned against further filings that raise claims federal courts have already rejected. *Id.* Petitioner received the report but did not file timely objections. Doc. 4.

 When no party objects to a report, the court reviews the report for clear error. Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 addition; *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1)(c) (extending the time to file objections from ten to fourteen days). Having reviewed the report, and being satisfied that it contains no clear error, the court accepts its findings and recommendations.

 The petition is dismissed without prejudice to petitioner's ability to refile his petition upon obtaining authorization from the U.S. Court of Appeals for the Fifth Circuit. In addition, the court warns petitioner that any further filings to challenge the validity of the convictions at issue in this case, absent prior authorization from the Fifth Circuit, will be deemed frivolous and abusive. Any

- 2 -

filing of that type may result in monetary or other sanctions sufficient to deter such conduct. This includes but is not limited to a prohibition against further pro se filings and/or any filings not accompanied by the full filing fee. Fed. R. Civ. P. 11(b) and (c)(3)–(4). A certificate of appealability is denied sua sponte. Any pending motions are denied as moot.

*So ordered by the court on September 16, 2025.*

_____
J. CAMPBELL BARKER
United States District Judge